IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 4:04CR00166 - SWW |
| ) | |
| MICHAEL NORTON ) | |

## MOTION TO UNSEAL MOTION TO REVOKE

The United States of America, by and through Patrick C. Harris, Acting United States Attorney for the Eastern District of Arkansas, and John Ray White, Assistant United States Attorney, for its motion to unseal, respectfully states as follows:

A motion to revoke was filed under seal on October 14, 2016. Based on information received by the United States, the defendant is currently in the custody of the Arkansas Department of Corrections and, therefore, the risk of flight and danger to law enforcement executing process is minimized. The undersigned counsel for the United States respectfully requests that this motion be unseal.

**WHEREFORE**, the Government respectfully submits that the motion to revoke filed on October 14, 2016 be unsealed.

Respectfully Submitted,
PATRICK C. HARRIS
Acting United States Attorney

/s/ *John Ray White*
By JOHN RAY WHITE
Assistant U.S. Attorney
Ar. Bar 91003
john.white2@usdoj.gov
P.O. Box 1229
Little Rock, AR 72203
501-340-2600

1

<u>Certificate of Service</u>

    I hereby certify that on July 25, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to all counsel of record.

<u>/s/ *John Ray White*</u>